■ L. K. LAND CORPORATION, Appellant, v. DORA GORDON et al., Defendants, and JOSEPH J. O'REILLY, Respondent.— In an action to foreclose tax liens, the order granting summary judgment was reversed, and the motion was denied (1 A D 2d 699). Thereafter an order was made granting the motion of the purchaser at the judicial sale to be relieved of his purchase and to

recover the moneys deposited by him with the referee who made the sale, and the appeal is from such order. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J. Beldock, Murphy, Ughetta and Hallinan, JJ., concur.